# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  2:25-mj-1306-NPM

JOHN COLANTUONI

| Judge: | Nicholas P. Mizell | Counsel for Government | Mark Morgan |
|---|---|---|---|
| Deputy Clerk: | Wendy Winkel | Counsel for Defendant: | Yvette Gray |
| Court Reporter | Digital | Pretrial/ Probation | Nicholas Rice |
| Date/Time | November 14, 2025 2:00 PM | Interpreter | |
| Bench Time | 11 minutes | | |

## Initial Appearance Rule 5 ( c )

Court advised defendant of rights and the Rule 20 process.

Based on the financial affidavit, Defendant is not financially eligible for the appointment of the Federal Public Defender, however, the Court will appoint the Federal Public Defender for Initial Appearance only and will reserve on reimbursement by Defendant for costs. Government proceeded by proffer.

Defendant waives Identity Hearing and production of the warrant. Oral DPPA order.

## Detention

Government not seeking detention. No objection from Defendant. Court releases Defendant on conditions. Defendant removed to the District of Massachusetts.